IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-00814-CYC

JOSE ALEJANDRO FONSECA PICHS,

    Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity;
PAMELA BONDI, Attorney General of the United States, in her official capacity,
TODD M. LYONS, Acting Director of Immigration and Custom Enforcement, in his official capacity;
JUAN BALTAZAR, Warden of the Denver Contract ICE Detention Center, in his official capacity; and
ROBERT GAUDIAN, Field Office Director for Enforcement and Removal Operations, U.S. Department of Homeland Security, in his official capacity;

    Respondents.

## ORDER TO SHOW CAUSE

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), ECF No. 1, filed by Petitioner Jose Alejandro Fonseca Pichs ("Petitioner"). The Petitioner is currently detained at the Denver Contract ICE Detention Facility in Aurora, Colorado, which is under the custody and control of the respondents. ECF No. 1 ¶¶ 1, 10, 16–21. He seeks a Court order instructing the respondents to release him or, in the alternative, to provide him with a bond hearing. *Id*. at 11. He also seeks an order prohibiting the respondents from transferring him out of this District while this action proceeds and legal costs and fees. *Id*.

Upon review of the Petition, it is hereby ORDERED that, **on or before March 4, 2026**, the Petitioner shall serve the respondents with the Petition, exhibits, and this Order to Show Cause. Within **48 hours** of serving the respondents, the Petitioner shall file proof of

1

service on the docket, and counsel for the respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before March 13, 2026**, the respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before March 20, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 4, is **March 13, 2026**.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, it is further ORDERED that the respondents **SHALL NOT REMOVE** the Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Leyva Ramirez v. Baltazar*, No. 26-cv-00199-NYW, ECF No. 16 at 1–2 (D. Colo. Jan. 21, 2026).

Entered and dated this 2nd day of March, 2026, at Denver, Colorado.

BY THE COURT:

_____
Cyrus Y. Chung
United States Magistrate Judge

2